UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81220-CIV-MARRA

DZIYANA LAZAREVICH EISENBAND,
individually and on behalf of all others
similarly situated,

Plaintiff,

vs.

BAER'S FURNITURE CO., INC.,

Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 11). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the claims of Plaintiff Eisenband, individually, are dismissed with prejudice. The claims of the putative class members are dismissed without prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of January, 2018.

_____
KENNETH A. MARRA
United States District Judge